**ADAM J. FISHBEIN, P.C.**

ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 27, 2012

**<u>VIA ECF</u>**

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Lowenbein v. Sage**
**       12 CV 2606 (JG) (RML)**

Dear Magistrate Judge Levy:

I represent the plaintiff in the plaintiff in the above matter and am requesting that the conference scheduled for today be adjourned as the parties just resolved the matter this morning via email exchanges.  I am sorry that we did not resolve the matter earlier and inform the Court earlier but there was the Holiday yesterday which suspended our discussions.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

cc:    Scott Wortman, Esq.