UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BORUCH LOWENBEIN,

                                                                             **STIPULATION OF DISMISSAL**

     Plaintiff

                                                                             12-cv-02606-JG-RML

   -against-

SAGE CAPITAL RECOVERY, LLC,

     Defendant
-------------------------------------------------------------------------X

       Plaintiff, Boruch Lowenbein, hereby voluntarily dismisses this action against defendant, Sage Capital Recovery, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

       An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 13TH day of November 2012

/S/ *Adam Jon Fishbein*                      /S/ *Scott E. Wortman*
For the plaintiff                              For the defendant
Adam Jon Fishbein, ESQ               Scott Wortman, ESQ
483 Chestnut Street                   MEL S. HARRIS & ASSOCIATES, LLC
Cedarhurst, NY 11516                5 Hanover Square, 8th Floor
                                                    New York, NY  10004